**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6299**

BRUCE WAYNE KOENIG,

                                    Petitioner - Appellant,

        versus

WILLIAM W. SONDERVAN, Commissioner; ATTORNEY
GENERAL FOR THE STATE OF MARYLAND,

                                    Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-00-120-JFM)

Submitted:  May 25, 2000                Decided:  June 6, 2000

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bruce Wayne Koenig, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bruce Wayne Koenig seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Koenig v. Sondervan</u>, No. CA-00-120-JFM (D. Md. Jan. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>